UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAWN JARVIS,
     Plaintiff,

vs.                          Case No.:  3:21cv253/MCR/ZCB

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
     Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 23, 2022.  (Doc. 20).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, the record, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 20) is adopted and incorporated by reference in this order.

1

2.     The decision of the Commissioner is **AFFIRMED**, and this action is

**DISMISSED**.

3.     The Clerk of Court is directed to enter judgment in accordance with this

order and close the case.

**DONE AND ORDERED** this 14th day of September 2022.


_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

2